## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT R. SPENCE,                    )
                                     )
            Plaintiff,               )   2:11cv1280
                                     )   Electronic Filing
      v.                             )
                                     )
DEPUTY WARDEN CAROL STEELE-          )   Judge Cercone
SMITH, et al,                        )   Magistrate Judge Lenihan
                                     )
            Defendants.              )
                                     )

### MEMORANDUM ORDER

The above captioned case was initiated on October 5, 2011, by the filing of a motion to proceed *in forma pauperis* and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On October 19, 2011, Plaintiff filed a Motion for Injunction (ECF No. 6). On October 25, 2011, the magistrate judge filed a Report and Recommendation (ECF No. 7) recommending that Plaintiff's Motion for Injunction be denied. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until November 14, 2011 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this _30_ day of November, 2011;

IT IS HEREBY ORDERED that Plaintiff's Motion for Injunction (ECF No. 6) is

**DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 7) is

**ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge

for all further pretrial proceedings.

*DS Cercone*
_____
David Stewart Cercone
United States District Judge

cc:   Robert R. Spence
      Beaver County Jail
      6000 Woodlawn Road
      Beaver, PA  15001

      (*Via First Class Mail*)