IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT R. SPENCE,

    Plaintiff,

v.

DEPUTY WARDEN CAROL STEELE-SMITH, et al,

    Defendants.

2:11cv1280
Electronic Filing

Judge Cercone
Magistrate Judge Lenihan

## MEMORANDUM ORDER

The above captioned case was initiated on October 5, 2011, by the filing of a motion to proceed *in forma pauperis* and was referred to a united states magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On October 19, 2011, Plaintiff filed a Motion for Injunction (ECF No. 6). On October 25, 2011, the magistrate judge filed a Report and Recommendation (ECF No. 7) recommending that Plaintiff's Motion for Injunction be denied. Plaintiff was served with the Report and Recommendation at his listed address and was advised that he had until November 14, 2011 to file written objections to the Report and Recommendation. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30 day of November, 2011;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Injunction (ECF No. 6) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 7) is ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

_David Stewart Cercone_
David Stewart Cercone
United States District Judge

cc: Robert R. Spence
Beaver County Jail
6000 Woodlawn Road
Beaver, PA 15001

*(Via First Class Mail)*